IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE W. HAWKINS, JR.** | § | **PLAINTIFF** |
| | § | |
| V. | § | 1:03CV690LG-RHW |
| | § | |
| **JOHN E. POTTER, in his Official Capacity** | § | |
| as Postmaster General of the United States | § | **DEFENDANT** |

## JUDGMENT

This day this cause came on for hearing before the Court on the Motion of Defendant, John E. Potter, in his Official Capacity as Postmaster General of the United States, to Dismiss, the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that for the reasons cited in the opinion, the Defendant's Motion to Dismiss should be and is hereby **GRANTED.** The Plaintiff's claims are hereby **DISMISSED without prejudice**. All other motions are denied as moot.

**SO ORDERED AND ADJUDGED** this the 30th day of March, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE